UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**TROY D. WILLIAMS, ET AL.**                                          CIVIL ACTION

**VERSUS**

**UNITED STATES GOVERNMENT**                   NO.: 3:13-cv-00802-BAJ-RLB
**AND AFFILIATES, ET AL.**

## RULING AND ORDER

Before the Court is Plaintiff Troy D. Williams's (1) **COMPLAINT (Doc. 1)**, and (2) **MOTION FOR DISCLOSURE OF CONFIDENTIAL INFORMANTS IN A CONSTITUTIONAL, CIVIL, HUMAN RIGHTS, REBELLED [SIC] CAUSE (Doc. 4).** Previously, the Court granted Mr. Williams's request to proceed *in forma pauperis* ("IFP"). (Doc. 5). The Magistrate Judge has now issued a **REPORT (Doc. 6)** recommending that "[Plaintiff's] IFP complaint . . . be **DISMISSED** as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)." Plaintiff has not objected to the Magistrate Judge's Report.

Having carefully considered Plaintiff's **COMPLAINT (Doc. 1), MOTION (Doc. 4),** and related filings, the Court **APPROVES** the Magistrate Judge's **REPORT (Doc. 6)** and **ADOPTS** it as the Court's opinion in this matter. Accordingly, for the reasons explained in the Magistrate Judge's Report (Doc. 6),

**IT IS ORDERED** that Plaintiff's **COMPLAINT (Doc. 1)** is **DISMISSED**.

IT IS FURTHER ORDERED that Plaintiff's **MOTION (Doc. 4)** is **DENIED AS MOOT.**

Baton Rouge, Louisiana, this 7th day of July, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**